# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Wilfredo Ruiz                                                                 Docket No. 99-00007-008 Erie

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Wilfredo Ruiz, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

<u>10-24-00</u>:   Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base; 40 months' incarceration; 5 years' supervised release.

<u>09-16-03</u>:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on February 28, 2006, the defendant submitted a positive marijuana urine sample for the third time over the course of a calender year. He also failed to attend a scheduled office visit on March 7, 2006, and has a pending criminal charge of Retail Theft in the Erie County Court of Common Pleas. As a response to these violations, the defendant has signed a Probation Form 49, Waiver to Modify Conditions of Probation/Supervised Release, in which he agreed to be placed on home confinement for 120 days.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee shall be placed on home confinement for a period not to exceed 120 days. The defendant shall pay all or part of the daily costs of the electronic monitoring on a schedule set forth in a separate payment agreement. At the direction of the probation officer, the supervised releasee shall wear an electronic device and shall observe the rules specified by the Probation Office.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | Executed on _____March 15, 2006_____ |
| | _Matthew J. Rea_ |
| | Matthew L. Rea |
| | U.S. Probation Officer |
| _____ | _Gerald R. Buban_ |
| Senior U.S. District Judge | Gerald R. Buban |
| | Supervising U.S. Probation Officer |
| | Place:    Erie, PA |