OFFENDER - CERTIFIED

# UNITED STATES DISTRICT COURT

## For The

## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Wilfredo Ruiz                                   Docket No. 99-00007-008 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Wilfredo Ruiz, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

10-24-00:   Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base; 40 months' incarceration, to be followed by 5 years' supervised release.
09-16-03:   Released to supervision; Currently supervised by United States Probation Officer Matthew L. Rea.
03-20-06:   Petition signed by Judge Cohill; Supervision condition added that the defendant shall be placed on home confinement for up to 90 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has exhibited very spontaneous and unexplained behaviors that indicate the need for a mental health evaluation. Additionally, he has incurred several traffic violations. On June 27, 2007, this officer presented a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release (enclosed) to the defendant, and he agreed to waive his rights to a hearing and agreed to a modification of the conditions of his supervision. Specifically, he agreed to undergo a mental health evaluation, and participate in a mental health treatment program approved by the probation officer, until such time as the defendant is released from the program by the probation officer.

U.S.A. vs. Wilfredo Ruiz
Docket No. 99-00007-008 Erie
Page 2


PRAYING THAT THE COURT WILL ORDER that the supervised releasee undergo a mental health evaluation, and participate in a mental health treatment program approved by the probation officer, until such time as the defendant is released from the program by the probation officer.

ORDER OF COURT

Considered and ordered 8th day of Aug, 2007 and ordered filed and a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 6, 2007

_____
Matthew L. Rea
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA