IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 99-07 Erie |
| ) | |
| WILFREDO RUIZ ) | |

### **O R D E R**

Upon consideration of the Government's Motion to Continue Supervised Release Revocation Hearing, it is hereby **ORDERED** that the motion is **GRANTED,** and the matter is continued until further notice by the Court.

_____
MAURICE COHILL, JR.
Senior United States District Judge