IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 99-07 Erie |
| | ) |
| WILFREDO RUIZ | ) |

### O R D E R

Upon consideration of the Government's Motion to Continue Supervised Release Revocation Hearing, it is hereby **ORDERED** that the motion is **GRANTED**, and the matter is continued until further notice by the Court.

March 10, 2008

MAURICE COHILL, JR.
Senior United States District Judge