Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Wilfredo Ruiz                               Docket No. 99-00007-008 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Wilfredo Ruiz, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 24th day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| 10-24-00: | Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base; 40 months' incarceration, 5 years' supervised release. |
| 09-16-03: | Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea. |
| 03-20-06: | Petition signed by Judge Cohill; Supervision condition added that the defendant shall be placed on home confinement for up to 90 days. |
| 08-08-07: | Petition signed by Judge Cohill; Supervision condition added that the defendant shall undergo a mental health evaluation and participate in a mental health treatment program as provided by the probation officer. |
| 01-16-08: | Petition signed by Judge Cohill; Show cause hearing scheduled for March 11, 2008. Motion to Continue hearing pending final disposition of pending charges filed by the U.S. Attorney's Office on March 10, 2008. Petition granted that date. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee has violated the following conditions of his supervision:

**The defendant shall not commit another federal, state, or local crime.**



FILED

APR 1 1 2008

COURT
SYLVANI'

U.S.A. vs. Wilfredo Ruiz
Docket No. 99-00007-008 Erie
Page 2

On March 28, 2008, the defendant was arrested by the Erie Police Department for Burglary, Criminal Mischief, Criminal Trespass, Disorderly Conduct, and Loitering and Prowling at Night. On that same date, the defendant was arraigned and given a $25,000 bond. Though given bond, the defendant remains incarcerated on a probation violation detainer filed by the Erie County Adult Probation Department.

The defendant is scheduled for a preliminary hearing on this matter on May 1, 2008, in a local magisterial district court. This is the defendant's second pending criminal of violence that he has allegedly committed while on supervised release.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the Erie County Prison in Erie, Pennsylvania.

ORDER OF COURT

Considered and ordered _____ day of _____, _____ and ordered filed and a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 10, 2008

_____Matthew L. Rea_____
Matthew L. Rea
U.S. Probation Officer

_____Stephen A. Lowers_____
Stephen A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA